# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK HORAN,<br><br>　　　　Plaintiff<br><br>　v.<br><br>JOHN WETZEL, et al.,<br><br>　　　　Defendants | CIVIL ACTION NO. 1:13-CV-00140<br><br>　　(CALDWELL, J.)<br>　　(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 22nd day of May, 2014, it is hereby **ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that:

1. Plaintiff's motion for mandatory joinder is **DENIED**. (Doc. 36).

2. Plaintiff's motion for appointment of counsel is **DENIED**. (Doc. 43).

**Dated: May 22, 2014**　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**