UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK HORAN,<br>　　　Plaintiff, | :<br>:<br>: |
| v. | : CIVIL NO. 13-CV-140<br>: |
| JOHN WETZEL, *et al.*,<br>　　　Defendants. | :<br>:<br>: |

*O R D E R*

AND NOW, this 27th day of January, 2015, upon consideration of the report and recommendation of the magistrate judge (Doc. 92), filed January 28, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report (Doc. 92) is adopted.

2. Plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. 69) is DENIED.

　　　　　　　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　　United States District Judge