UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PATRICK HORAN,  :
    Plaintiff  :
    :
vs.  :  CIVIL No. 1:13-CV-00140
    :
JOHN WETZEL, *et al.*,  :
    Defendants  :

*O R D E R*

AND NOW, this 3rd day of February, 2015, upon consideration of the report and recommendation of Magistrate Judge Mehalchick (Doc. 94), filed on January 16, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. Magistrate Judge Mehalchick's report and recommendation is ADOPTED.

    2. Defendants' motion to dismiss (Doc. 54) is DENIED with respect to dismissing Plaintiff's claims on the basis of res judicata.

    3. Defendants' motion to dismiss (Doc. 54) is GRANTED with respect to dismissal of Plaintiff's conspiracy claims under § 1985(2) and § 1986.

    4. Plaintiff's motion for a preliminary injunction and temporary restraining order (Doc. 88) is DENIED.

    5. This matter is remanded to the Magistrate Judge Mehalchick for further proceedings.

                          /s/William W. Caldwell
                          William W. Caldwell
                          United States District Judge