UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK HORAN, | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 1:13-CV-140 |
| ROBERT COLLINS, et al., | : |
| Defendants. | : |

*O R D E R*

AND NOW, this 19th day of September, 2016, upon consideration of Magistrate Judge Mehalchick's Report and Recommendation (Doc. 174) that Defendants' motions for summary judgment be granted in part (Docs. 131, 143, 157, 168), and, after independent review of the record, and noting Plaintiff's objections (Doc. 175), and the Court finding Judge Mehalchick's comprehensive analysis to be thorough and well-reasoned, IT IS ORDERED that:

(1) The Report and Recommendation (Doc. 174) is ADOPTED;

(2) Plaintiff's Objections (Doc. 175) are OVERRULED;

(3) The only remaining claims are Eighth Amendment claims against Defendants Mirarchi and Eidem;[1] this case is placed on the April 2017 trial term; scheduling order to follow.

                                      /s/ William W. Caldwell
                                      William W. Caldwell
                                      United States District Judge

Date: September 19, 2016

---

[1] Having not done so, we also deny Plaintiff's appeal (Doc. 122) of Judge Mehalchick's July 17, 2015 discovery order (Doc. 121), which denied his motion to take more than ten written depositions.